Santana Law Group, L.L.C.
Jose O. Santana, Esquire
3708 Bergenline Avenue, 2nd Floor
Union City, New Jersey 07087
Tel: (201) 340-6435
Fax: (201) 601-9121
Email: court@santana-law.com

DETAINED - ELIZABETH CONTRACT DETENTION FACILITY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **DOMINGUEZ AVALOS, KRISSIA BEATRIZ**<br><br>***Petitioner*,**<br><br>**v.**<br><br>**MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,**<br><br>**TODD BLANCHE, in her official capacity as Attorney General of the United States;**<br><br>**TODD LYONS, in his official capacity as Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement;**<br><br>**JASON BENZEL, in his official capacity as Director of Elizabeth Detention Facility;**<br><br>***Respondents*.** | **Civil Action No. 2:26-cv-12800-KSH**<br><br>**Hon. Judge Katharine S. Hayden** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Petitioner, Krissia Beatriz Dominguez Avalos, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against the Respondents. Petitioner no longer wishes to proceed with this action.

*s/Jose O. Santana*
Jose O. Santana, Esq.
Attorney for Petitioner

Respectfully submitted on: 10/05/2026

SO ORDERED this day of October 6, 2026
s/Katharine S. Hayden
Hon. Katharine S. Hayden, U.S.D.J